UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRES RAMON MELO,<br><br>    Plaintiff,<br><br>v.<br><br>COLLIN CHUN YIN YIP TS, PASTA POMODORO, INC., 120 SALEM REALTY TRUST, and 120 SALEM, LLC,<br><br>    Defendants, | C.A. NO. 1:13-CV-11356 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 the undersigned parties stipulate to the dismissal, without prejudice, of the above-referenced action and the claims stated therein, each party to pay his / its / their own costs, litigation expenses and attorney's fees.

Furthermore, the parties state defendant Pasta Pomodoro, Inc. has been defaulted by the Court and that the Court's Standing Order requiring plaintiff to file a Motion for Default Judgment is currently stayed. By stipulating to the dismissal, without prejudice, of the above-referenced action and the claims stated therein, plaintiff consents to the dismissal, without prejudice, of his claims against all defendants, including defendant Pasta Pomodoro, Inc.

| The Plaintiff, | The Defendants, |
|---|---|
| ANDRES RAMON MELO, | COLLIN CHUN YIN YIP, TRUSTEE; 120 SALEM REALTY TRUST; and 120 SALEM LLC, |
| By his attorneys, | |
| | By their attorneys, |
| /s/Todd W. Shulby | /s/ Kate Moran Carter |
| Todd W. Shulby, Esq. | Michael J. McDermott, Esq. (BBO#685223) |
| Todd W. Shulby, P.A. | Kate M. Carter, Esq. (BBO#663202) |
| 2800 Weston Road, Suite 101 | Dain, Torpy, Le Ray, Wiest & Garner, P.C. |
| Weston, FL 33331 | 129 South Street, 3d Floor |
| Telephone: (954) 530-2236 | Boston, MA  02111 |
| Facsimile: (954) 530-6628 | Direct: 857-229-1626 |
| E-mail: tshulby@shulbylaw.com | Firm: 617-542-4800 |
| | Fax: 617-542-4808 |
| Edward N. Garno, Esq. | E-mail: mmcdermott@daintorpy.com |
| 43 Hampson Street | Email: kcarter@daintorpy.com |
| Dracut, MA 01826 | |
| Telephone: (978) 687-7805 | |
| E-mail: nedgarno@hotmail.com | |

Dated: March 24, 2014

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on this 24th day of March, 2014.  Notice will be sent electronically to the following counsel of record through the Court's electronic notification system:

Edward N. Garno, Esq.
43 Hampson Street
Dracut, MA 01826

Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
4705 S.W. 148 Avenue, Suite 102
Davie, Florida 33330-2417

/s/ *Kate Moran Carter*
Kate Moran Carter